IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAAC S. HINERMAN,** | : | **CIVIL NO. 1:14-CV-0408** |
| Plaintiff | : | |
| | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| **ROBERT KARNES,** *et al.*, | : | |
| Defendants | : | |

## O R D E R

Before the court is a March 23, 2015 report of the magistrate judge (Doc. 35) this matter was referred in which she recommends that the captioned action be dismissed for Plaintiff's failure to file an amended complaint. No objections to the report and recommendation have been filed.

**IT IS THEREFORE ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc. 35).

2) The complaint is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with a court order.

3) Defendants' motion for judgment on the pleadings is denied as moot.

4) The Clerk of Court shall close the file.

5) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

                                                                               s/Sylvia H. Rambo
                                                                               SYLVIA H. RAMBO
                                                                               United States District Judge

Dated: April 21, 2015.